**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PATRICIA LAUTEN and NARGUESS NOOHI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMAL NUTRITION, LLC<br><br>Defendant. | Case No. 1:26-cv-12047<br><br>The Honorable April M. Perry |

**CONSENT MOTION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**

Defendant Primal Nutrition LLC moves for an order continuing its deadline to respond to the complaint by two weeks from November 16, 2026 to November 30, 2026. Plaintiffs consent to the requested extension. In support of its motion, Primal Nutrition states as follows:

1. On September 30, 2026, Primal Nutrition removed this action to federal court. ECF No. 1. Primal Nutrition's responsive deadline is currently November 16, 2026. ECF No. 10.

2. Primal Nutrition is still in the process of investigating Plaintiffs' claims, assessing how it intends to respond, and determining how this action should be coordinated with several similar putative class actions against Primal Nutrition that are currently pending in the Central District of California. The parties' counsel met and conferred on November 4, during which they discussed these considerations and the potential impact they would have on the resolution of this case. Following that call, the parties agreed to a further two-week extension of Primal Nutrition's deadline to file a responsive pleading.

3. This is Primal Nutrition's third request for an extension of its responsive pleading deadline. The requested extension will not affect any other deadlines set by Court order or significantly delay the progress of the case, particularly because the Court has not yet issued a

scheduling order. Primal Nutrition anticipates that it will seek no further extensions of its responsive pleading deadline.

WHEREFORE, Primal Nutrition respectfully requests that the Court continue its deadline to respond to the complaint until November 30, 2026.

Dated: November 9, 2026

Respectfully submitted,

By: /s/ Dean N. Panos

Dean N. Panos
dpanos@jenner.com
Steven J. Tinetti
stinetti@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2765
Facsimile: (312) 527-0484

Alexander M. Smith
asmith@jenner.com
Jenner & Block LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
Telephone: (213) 239-2262
Facsimile: (213) 239-5199

Attorneys for Defendant
Primal Nutrition, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed on November 9, 2026 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: November 9, 2026

By: /s/ Dean N. Panos
Dean N. Panos